MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RON HAUS; EVA BEROU; and LOS PRADOS COMMUNITY ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01756-RFB-CWH<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Federal National Mortgage Association, hereby consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this 9 day of April, 2018.

FEDERAL NATIONAL MORTGAGE ASSOCIATION

By: _____

Its: A. J. Loll
Attorney-In-Fact as Trustee

44514417;1
44790517;1

Dana J. Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of AKERMAN LLP as counsel of record in its place and stead on behalf of Plaintiff Federal National Mortgage Association.

DATED this 4 day of April, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ #9524

DANA J. NITZ, ESQ.
Nevada Bar No. 0050
REGINA A. HABERMAS, ESQ.
Nevada Bar No. 8481
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Plaintiff Federal National Mortgage Association, in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 4th day of April, 2018.

AKERMAN LLP

/s/

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

**ORDER**

IT IS SO ORDERED.

/s/

UNITED STATES MAGISTRATE JUDGE
April 12, 2018
**DATED**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the **SUBSTITUTION OF COUNSEL,** addressed to:

Luis A. Ayon, Esq.
**Ayon Law, PLLC**
9205 W Russell Rd, Bldg. 3, Ste. 240
Las Vegas, Nevada 89148
*Attorney For Ron Haus, Eva Berou*

Kurt R. Bonds, Esq.
**Alverson Taylor Mortensen & Sanders**
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
*Attorney for Los Prados Community Association*

/s/ Doug J. Layne
An employee of AKERMAN LLP

44895308;1